1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA CHARLENE FAALEVAO,<br><br><br>          Plaintiff,<br><br>   v.<br><br>TIMOTHY DEVENPORT MECHEM,<br>INSURED, AND ALLSTATE<br>INSURANCE COMPANY,<br><br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 1:10-cv-00688 OWW GSA<br><br>ORDER GRANTING APPLICATION TO<br>PROCEED IN FORMA PAUPERIS<br><br>(Document 3) |

By application filed on April 19, 2010, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).


IT IS SO ORDERED.

   **Dated:**   **May 21, 2010**                           **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE