# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIA CHARLENE FAALEVAO, | 1:10-cv-00688 OWW GSA |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Document 10) |
| TIMOTHY DAVENPORT MECHEM, INSURED, AND ALLSTATE INSURANCE COMPANY, | |
| Defendants. | |

On July 13, 2010, the Magistrate Judge issued Findings and Recommendations recommending that certain causes of action be dismissed from this action. The Findings and Recommendations were served on Plaintiff and contained notice that any objections were to be filed within fifteen (15) days.[1] Plaintiff has not filed objections.

In accordance with the provisions of Title 28 of the United States Code section 636 (b)(1)(c), this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

---

[1] The Clerk served the Findings and Recommendations via United States Mail on July 23, 2010; nevertheless, more than fifteen days have passed.

Accordingly, IT IS HEREBY ORDERED that :

1. The Findings and Recommendations dated July 13, 2010, are ADOPTED IN FULL;
2. The action shall proceed against Defendant Timothy Davenport Mechem only; and,
3. Defendant Allstate Insurance Company is DISMISSED from this action.

IT IS SO ORDERED.

**Dated: August 9, 2010**                                    **/s/ Oliver W. Wanger**
                                                              UNITED STATES DISTRICT JUDGE