**AUCHARD & STEWART**
A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW
2377 W. SHAW AVE., STE. 106
FRESNO, CA 93711-3438
TELEPHONE (559) 432-0991
FAX (559) 432-1025

Paul Auchard - 060474

Attorneys for Defendant, TIMOTHY MECHEM

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| LIA CHARLENE FAALEVAO, | CASE NUMBER: 1:10-CV-00688 OWW GSA |
| Plaintiff, | FILING DATE: April 19, 2010 |
| vs. | ORDER GRANTING DEFENDANT, TIMOTHY MECHEM, MOTION (1) TO COMPEL ANSWERS TO INTERROGATORIES, (2) TO COMPEL RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS, (3) TO COMPEL ATTENDANCE AT PHYSICAL EXAMINATION, (4) TO COMPEL ATTENDANCE AT DEPOSITION, (5) TO MODIFY SCHEDULING ORDER DATES, AND (6) TO CONTINUE THE TRIAL DATE |
| TIMOTHY DAVENPORT MECHEM AND ALLSTATE INSURANCE COMPANY, | |
| Defendants. | |

The above matter having come before the Court upon Defendant, TIMOTHY MECHEM'S **Motion (1) to Compel Answers to Interrogatories, (2) to Compel Responses to Requests for Production of Documents, (3) to Compel Attendance at Physical Examination, (4) to Compel Attendance at Deposition, (5) to Modify Scheduling Order Dates, and (6) to Continue the Trial Date, Or, in the Alternative, (7) to Dismiss the Action.** Paul Auchard appeared for defendant, Timothy Davenport Mechem; no appearance was made by plaintiff.

**IT IS HEREBY ORDERED:**

1. Plaintiff shall provide the Rule 26 disclosures within 30 days.

2. Plaintiff shall answer the interrogatories propounded by defendants within 30 days.

  3. Plaintiff shall respond to defendant's request for production of documents within 30 days.

  4. Plaintiff shall appear for a medical examination by Dr. H.B. Morgan on June 9, 2011, at 2:00 p.m. in the offices of Dr. Morgan located at 5690 N. Fresno St., #110, Fresno, California.

  5. Plaintiff shall appear for her deposition on June 9, 2011, at 9:00 a.m. at the offices of Auchard & Stewart, 2377 W. Shaw, Suite 106, Fresno, California.

  6. Defendant shall pay plaintiff's reasonable travel and lodging expenses for the medical examination and deposition referred to in paragraphs 3 and 4 from Portland, Oregon.

  7. The scheduling conference dates are continued as follows:

    a. Deadline for written disclosures of expert witnesses from 4/1/11 to 10/7/2011;

    b. Discovery Cut-Off from 6/1/11 to 12/6/2011;

    c. Deadline for rebuttal or supplemental expert witness disclosures from 5/2/11 to 11/7/2011;

    d. Non-Dispositive Motion filing deadline from 6/15/11 to 12/20/2011;

    e. Non-Dispositive Motion Hearing Date from 7/15/11 9:00 a.m. in Courtroom 10 to 1/20/2012 9:00 a.m. in Courtroom 10;

    f. Dispositive Motion Filing deadline from 7/1/11 to 1/6/2012;

    g. Dispositive Motion Hearing Date from 8/1/11 10:00 a.m. in Courtroom 3 to 2/6/2012 10:00 a.m. in Courtroom 3.

  8. The mandatory settlement conference now scheduled for July 13, 2011, at 10:00 a.m. in Courtroom 10 before the Hon. Gary S. Austin, United States Magistrate Judge, shall remain on calendar.

  9. The pretrial hearing previously scheduled for September 12, 2011, at 11:00 a.m. in Courtroom 3, Seventh floor, before the Hon. Oliver W. Wanger, United States District Judge, shall be continued to February 27, 2012, at 11:00 a.m. in Courtroom 3.

  10. The trial date previously scheduled for October 25, 2011 at 9 AM in Courtroom 3, Seventh floor, before the Hon. Olivera W. Wanger, United States District Judge, shall be continued

1  to May 1, 2012, at 9:00 a.m. in Courtroom 3.

2      11.    The motion to dismiss is denied without prejudice to defendant refiling such a motion should plaintiff fail to comply with any of these orders.

IT IS SO ORDERED.

DATED: May 24, 2011        /s/ OLIVER W. WANGER
                                         UNITED STATES DISTRICT JUDGE